IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| George Reed, III, | ) | No. CV 1-08-910-MHM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Captain Williams, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Defendant J. Herrera has filed a Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to allege facts sufficient to state a claim.  (Doc. 20)

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT*[1]

    Defendant Herrera's Motion to Dismiss seeks to have your case dismissed for failure to allege facts sufficient to state a claim for a deprivation of property in violation of due process. A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your case.

---

[1] Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1  You must timely respond to all motions. Written oppositions must be filed not more
2  than 18 days, plus 3 days for mailing, after the date of service of the motion to dismiss.
3  Local Rule 78-230(m) provides that the failure to oppose a motion "may be deemed a waiver
4  of any opposition to the granting of the motion and may result in the imposition of
5  sanctions," including dismissal of the action. Accordingly,

6  **IT IS ORDERED** that Plaintiff must file a response to Defendant's Motion to
7  Dismiss, together sworn declarations or other admissible evidence, no later than 21 days
8  from the filing of this order.

9  **IT IS FURTHER ORDERED** that Defendants may file a reply within 8 days after
10 service of Plaintiff's response.

11 DATED this 25th day of October, 2010.

_____
Mary H. Murgula
United States District Judge